AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAYMUNDO DIAZ LUCERO | CASE NUMBER: 08CR1960-BTM |

I, RAYMUNDO DIAZ LUCERO, the above named defendant, who is accused of committing the following offense:

    Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/12/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                                        Raymond D Lucero
                                                                        Defendant

                                                                        Counsel for Defendant

Before _____
              Judicial Officer