1  KAREN P. HEWITT
   United States Attorney
2  GREGORY F. NOONAN
   Assistant U.S. Attorney
3  California State Bar No. *Pending*
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-5790   (Telephone)/619 557-5551 (Fax)
   Email: gregory.noonan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1960-BTM |
|----|---------------------------|---|----------------------------------|
| 11 | Plaintiff,                | ) | NOTICE OF APPEARANCE             |
| 12 | v.                        | ) |                                  |
| 13 | RAYMUNDO DIAZ LUCERO,     | ) |                                  |
| 14 | Defendant.                | ) |                                  |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18  above-captioned case.

19         I certify that I am admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21         The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23  for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this
24  case.

25         1.      None.

26  //

27  //

28  //

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. None.

Please feel free to call me if you have any questions about this notice.

DATED: July 2, 2008.

                                          KAREN P. HEWITT
                                        United States Attorney

                                        <u>s/Gregory F. Noonan</u>
                                        GREGORY F. NOONAN
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR1960-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| RAYMUNDO DIAZ LUCERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 2, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   1.   Donald Nunn, Attorney for Defendant Raymundo Diaz Lucero.

   I declare under penalty of perjury that the foregoing is true and correct.

   EXECUTED on July 2, 2008.

                                    s/Gregory F. Noonan
                                    GREGORY F. NOONAN
                                    Assistant U.S. Attorney

Notice of Appearance                                              08CR1960-BTM
United States v. Raymundo Diaz Lucero